IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE HILL | : | CIVIL ACTION |
| | : | NO. 09-05463 |
| and | : | |
| DAVID ELLIS | : | |
| v. | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | |

## ORDER

AND NOW, this 20th day of December, 2010, in consideration of defendant's motion to dismiss and plaintiffs' response, it is ORDERED that:

1) defendant's motion to dismiss is DENIED;

2) defendant's motion for sanctions is DENIED; and

3) the parties shall agree upon a discovery schedule and submit same within fourteen days of the date of this Order to the Court for approval.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.